**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00398-CR**

_____

**PEDRO JOSE SEGOVIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 14-05-06028-CR

**MEMORANDUM OPINION**

Appellant Pedro Jose Segovia filed a motion to dismiss this appeal. This motion is voluntarily made by Segovia prior to any decision of this Court. *See* Tex. R. App. P. 42.2(a). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

1

Submitted on February 21, 2017
Opinion Delivered February 22, 2017
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.